UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 17-cv-02848-STV

ROBERT NAUMAN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

ARRAY BIOPHARMA INC.,
RON SQUARER,
DAVID HORIN, and
JASON HADDOCK,

    Defendants.

---

## DEFENDANT ARRAY BIOPHARMA, INC.'S
## CORPORATE DISCLOSURE STATEMENT

---

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Array BioPharma, Inc. hereby discloses that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: January 22, 2018

Respectfully submitted,

*/s/* Holly Stein Sollod
Holly Stein Sollod
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Denver, Colorado 80202-3979
Telephone: 303-295-8085
Facsimile: 303-975-5395
hsteinsollod@hollandhart.com

*/s/* James R. Carroll
James R. Carroll
Michael S. Hines
Rene H. Dubois
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
Telephone: 617-573 4800
Facsimile: 617-573 4822
james.carroll@skadden.com
michael.hines@skadden.com
rene.dubois@skadden.com

Counsel for Defendants
Array BioPharma, Inc., Ron Squarer,
David Horin and Jason Haddock

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2018, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

> jalieberman@pomlaw.com
> ahood@pomlaw.com

/s/ James R. Carroll
James R. Carroll