# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02848-STV

ROBERT NAUMAN, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

ARRAY BIOPHARMA INC.,
RON SQUARER,
DAVID HORIN, and
JASON HADDOCK,

    Defendants.

___

## NOTICE OF MOTION TO CONSOLIDATE
___

Pursuant to D.C.COLO.LCivR 42.1, interested party Peter Voulgaris hereby gives notice that a motion to consolidate this action (and for appointment of lead plaintiff and approval of lead counsel) was filed today in *Wendall Rose v. Array Biopharma Inc., et al.*, No. 1:17-cv-02789-KLM.

Dated:  January 22, 2018          Respectfully submitted,

                                                          /s/ *Jeffrey A. Berens*
                                                          Jeffrey A. Berens
                                                          BERENS LAW LLC
                                                          2373 Central Park Boulevard, Suite 100
                                                          Denver, Colorado 80238
                                                          Telephone: (303) 861-1764
                                                          Facsimile: (303) 395-0393
                                                          Email: jeff@jberenslaw.com

                                                          *Local Counsel*

Eduard Korsinsky
LEVI & KORSINSKY, LLP (Trial Counsel)
30 Broad Street, 24th Floor
New York, NY 10004
Telephone: (212) 363-7500 ext. 102

*Counsel for Peter Voulgaris and Proposed Lead Counsel for the Class*

-2-

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

                                                                   */s/ Jeffrey A. Berens*
                                                                   Jeffrey A. Berens
                                                                   BERENS LAW LLC
                                                                   2373 Central Park Boulevard, Suite 100
                                                                   Denver, CO  80238-2300
                                                                   (303) 861-1764 (Telephone)
                                                                   (303) 395-0393 (Facsimile)
                                                                   jeff@jberenslaw.com